MEMO ENDORSED

# Law Offices of Julie Rendelman, LLC
535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

December 2, 2019

**TO:** Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**RE:** *United States v. Anupam Biswas, 7:18 Cr. 604 (KMK)*

Dear Judge Karas,

This letter is submitted on behalf of defendant Anupam Biswas, to respectfully request that the above-captioned case, currently scheduled for December 11, 2019, be adjourned without the appearance of counsel.

As Your Honor is aware, Mr. Biswas entered into a plea of guilty to 18 U.S.C. §§ 2252(a)(2)(B) on June 27, 2019. The matter has since been adjourned to December 11th for sentencing, and Mr. Biswas has interviewed with probation for the presentence investigation report. Defense is now requesting an adjournment as we are still awaiting a number of character letters to submit to the Court, as well as need additional time to complete Mr. Biswas' sentencing memorandum.

I have spoken with AUSA Marcia Cohen and she has consented to the requested adjournment. In terms of scheduling, AUSA Cohen and myself have discussed mid-February as a potential adjournment period, if there is a date convenient for the Court at that time. The only exception is that AUSA Cohen requests it be adjourned to any day except a Friday. This request, which asks for an adjournment from the December 11th date without the appearance of counsel, is the first such request since defendant pled guilty on June 27, 2019. If the Court has any questions or concerns, please contact my office. Thank you for your attention in this matter.

Julie Rendelman, ESQ.
*Attorney for Defendant Anupam Biswas*

*Granted.*
*Sentence is adjourned to 2/4/20, at 2:00*
*So Ordered*

cc: Marcia S. Cohen, Assistant U.S. Attorney (email)

*12/3/19*