# Law Offices of Julie Rendelman, LLC

535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

MEMO ENDORSED

January 16, 2020

**TO:** Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**RE:** *United States v. Anupam Biswas, 7:18 Cr. 604 (KMK)*

Dear Judge Karas,

This letter is submitted on behalf of defendant Anupam Biswas, to respectfully request that the above-captioned case, currently scheduled for February 4, 2020, be adjourned without the appearance of counsel.

As Your Honor is aware, Mr. Biswas entered into a plea of guilty to 18 U.S.C. §§ 2252(a)(2)(B) on June 27, 2019. The matter is currently scheduled for February 4th for sentencing, and Mr. Biswas has interviewed with probation for the presentence investigation report. Said report has been provided to the defense. Defense is now requesting an adjournment as we are still awaiting a final updated report from Mr. Biswas' present psychologist.

I have spoken with AUSA Marcia Cohen and she has consented to the requested adjournment. In terms of scheduling, I am asking for a date after April 13, 2020 due to several scheduling conflicts between myself and AUSA Cohen in both February and March of 2020. Further, my client had hoped that his father, who is out of the country until April 13, 2020, could be present for the sentencing. This request, which asks for an adjournment from the February 4th date without the appearance of counsel, is the second request since defendant pled guilty on June 27, 2019. If the Court has any questions or concerns, please contact my office. Thank you for your attention in this matter.

/s/ Julie Rendelman
Julie Rendelman, ESQ.
*Attorney for Defendant Anupam Biswas*

cc: Marcia S. Cohen, Assistant U.S. Attorney (email)

Granted. Sentence is moved to 4/23/20, at 11:00

So Ordered.
KMK