# Law Offices of Julie Rendelman, LLC

535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

March 15, 2020

**TO:** Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**RE:** *United States v. Anupam Biswas, 18 Cr. 604 (KMK)*

Dear Judge Karas,

This letter is submitted on behalf of defendant Anupam Biswas, to respectfully request that Mr. Biswas be permitted to travel on March 21, 2020 to his brother's home, located at 12 Homewood Court, Mays Landing, New Jersey, 08330.

If permitted, he will travel to the N.J. on March 21, 2020 and return home on the same evening. Mr. Biswas will not be staying overnight at his brother's home.

Mr. Biswas is currently under the supervision of U.S. Pretrial Services, who is aware of this request and have indicated that there is no objection. Mr. Biswas is aware that, if Your Honor consents, he must provide pre-trial with any changes to the above schedule. Additionally, Mr. Biswas is aware that he must return to his place of residence at the end of March 21, 2020.

Further, AUSA Marcia Cohen has been informed of the above event and has no objection to Mr. Biswas' travel plans. Thus, Mr. Biswas respectfully requests the Court's permission to travel on the requested date. The Court's time and attention to this matter are greatly appreciated. If additional information is needed, please contact my office at (212) 951-1232. Thank you.

Granted.
So Ordered
/K MK/ 3/16/20

Sincerely,

___ /s/ Julie Rendelman
Julie Rendelman, ESQ.
*Attorney for Defendant Anupam Biswas*

cc: Marcia S. Cohen, Assistant U.S. Attorney (email)