# Law Offices of Julie Rendelman, LLC

535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

MEMO ENDORSED

March 18, 2020

**TO:** Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**RE:** *United States v. Anupam Biswas, 18 Cr. 604 (KMK)*

Dear Judge Karas,

This letter is submitted to correct my previous letter, dated March 15, 2020, requesting Mr. Biswas be permitted to travel on March 21, 2020.

In my previous email, I indicated that Pre-trial Services had no objection to Mr. Biswas' travel. However, this afternoon I had a telephone conversation with Jennifer Powers from Pre-trial. To clarify their position, based on serious concerns over the coronavirus outbreak, they do not want Mr. Biswas to travel on March 21, 2020.

In light of Pre-trial supervision's position, we are withdrawing our request for travel.

If additional information is needed, please contact my office at (212) 951-1232. Thank you again and please stay safe.

Sincerely,

\_\_\_/s/ Julie Rendelman Julie Rendelman, ESQ.

*Attorney for Defendant Anupam Biswas*

cc: Marcia S. Cohen, Assistant U.S. Attorney (email)

So Ordered
[signature]
3/19/20