# Law Offices of Julie Rendelman, LLC

535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

April 14, 2020

**TO:** Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**RE:** *United States v. Anupam Biswas, 7:18 Cr. 604 (KMK)*

Dear Judge Karas,

This letter is submitted on behalf of defendant Anupam Biswas, to respectfully request that the above-captioned case, currently scheduled for April 23, 2020, be adjourned without the appearance of counsel.

As Your Honor is aware, Mr. Biswas entered into a plea of guilty to 18 U.S.C. §§ 2252(a)(2)(B) on June 27, 2019. The matter is currently scheduled for sentencing on April 23, 2020. Defense is now requesting an adjournment due to the present Coronavirus pandemic. Further, due to the crisis, our office has been unable to get a final updated report from Mr. Biswas' present psychologist in order to complete our sentencing memorandum.

I have spoken with AUSA Marcia Cohen and she has consented to the requested adjournment. In terms of scheduling, I would ask for a June 2020 date or any date that works with the Court's schedule. This request, which asks for an adjournment from the April 23rd date without the appearance of counsel, is the third request since defendant pled guilty on June 27, 2019. If the Court has any questions or concerns, please contact my office. Thank you for your attention in this matter.

/s/ Julie Rendelman
Julie Rendelman, ESQ.
*Attorney for Defendant Anupam Biswas*

cc: Marcia S. Cohen, Assistant U.S. Attorney (email)

*Granted. The sentence will be held on 6/11/20 at 2:00 pm*
SO ORDERED
KENNETH M. KARAS, U.S.D.J.