**MEMO ENDORSED**

# Law Offices of Julie Rendelman, LLC

535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

August 11, 2020

**TO:** Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**RE:** *United States v. Anupam Biswas, 7:18 Cr. 604 (KMK)*

Dear Judge Karas,

This letter is submitted on behalf of defendant Anupam Biswas, to respectfully request that the above-captioned case, currently scheduled for September 9, 2020, be adjourned without the appearance of counsel.

As Your Honor is aware, Mr. Biswas entered into a plea of guilty to 18 U.S.C. §§ 2252(a)(2)(B) on June 27, 2019. The matter is currently scheduled for sentencing on September 9, 2020. Defense, with consent of AUSA Marcia Cohen, is now requesting an adjournment due to the present Coronavirus pandemic.

I do not make this request lightly as I understand we have asked for numerous adjournments for sentencing. My client, who suffers from several medical issues that may make him more vulnerable to the virus, is facing mandatory jail time. I am concerned that at the present time, the facilities that will be potentially housing Mr. Biswas do not yet have the safeguards fully in place to guarantee his safety.

Further, Ms. Cohen has informed me that she has not yet completed her investigation in determining the restitution amounts from the various victims through their attorneys.

In terms of scheduling, I would ask for an October or November date that works with the Court's schedule. This is the fifth request for adjournment. If the Court has any questions or concerns, please contact my office. Thank you for your attention in this matter.

/s/ Julie Rendelman
Julie Rendelman, ESQ.
*Attorney for Defendant Anupam Biswas*

cc: Marcia S. Cohen, Assistant U.S. Attorney (email)

*Granted. The sentence will go forward on Nov. 5, 2020 at 11:00 AM* **SO ORDERED**

KENNETH M. KARAS U.S.D.J.
8/14/2020