# Law Offices of Julie Rendelman, LLC

535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

MEMO ENDORSED

Email: Julie@RendelmanLaw.com

September 25, 2020

**TO:** Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**RE:** United States v. Anupam Biswas, 7:18 Cr. 604 (KMK)

Dear Judge Karas,

This letter is submitted on behalf of defendant Anupam Biswas, to respectfully request that Mr. Biswas be permitted to cut down trees in his yard. Further, in the event that it snows, Mr. Biswas is asking permission to shovel snow in his walkway.

As the yard/walkway potentially extends beyond his monitoring point, we are seeking permission from the Court.

Mr. Biswas is currently under the supervision of U.S. Pretrial Services, who is aware of this request and have indicated that there is no objection. If the Court consents, Mr. Biswas will reach out to pre-trial, as needed, to coordinate said tasks.

Further, AUSA Marcia Cohen has been informed of the above request and has no objection provided pre-trial consents. Thus, Mr. Biswas respectfully requests the Court's permission to allow Mr. Biswas to cut down trees and shovel snow in his walkway/yard. The Court's time and attention to this matter are greatly appreciated. If additional information is needed, please contact my office at (212) 951-1232. Thank you.

Granted.

So Ordered.

/s/ K. Karas
9/25/20

Sincerely,

___/s/ Julie Rendelman__
Julie Rendelman, ESQ.
*Attorney for Defendant Anupam Biswas*

cc: Marcia S. Cohen, Assistant U.S. Attorney (email)