**MEMO ENDORSED**

# Law Offices of Julie Rendelman, LLC
535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

October 20, 2020

**TO:** Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**RE:** *United States v. Anupam Biswas, 7:18 Cr. 604 (KMK)*

Dear Judge Karas,

This letter is submitted on behalf of defendant Anupam Biswas, to respectfully request that the above-captioned case, currently scheduled for November 5, 2020, be adjourned without the appearance of counsel.

As Your Honor is aware, Mr. Biswas entered into a plea of guilty to 18 U.S.C. §§ 2252(a)(2)(B) on June 27, 2019. The matter is currently scheduled for sentencing on November 5, 2020. Defense, with consent of AUSA Marcia Cohen, is now requesting an adjournment due to the present Coronavirus pandemic.

As indicated in the prior requests, my client, who suffers from several medical issues that may make him more vulnerable to the virus, is facing mandatory jail time. I am concerned that at the present time, the facilities that will be potentially housing Mr. Biswas do not yet have the safeguards fully in place to guarantee his safety.

Further, as there are numerous identified victims in this matter who have potential restitution claims, Ms. Cohen and I are still in the process of resolving said amounts with their attorneys.

In terms of scheduling, I would ask for any date that works with the Court's schedule with the hopes that the Court will allow for a three-month adjournment. This is the sixth request for adjournment. If the Court has any questions or concerns, please contact my office. Thank you for your attention in this matter.

/s/ Julie Rendelman
Julie Rendelman, ESQ.
*Attorney for Defendant Anupam Biswas*

cc: Marcia S. Cohen, Assistant U.S. Attorney (email)

*Granted. The Court will hold the sentence on January 6, 2021 at 12:00 pm*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.