# Law Offices of Julie Rendelman, LLC

535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

MEMO ENDORSED

November 18, 2020

**TO:** Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**RE:** *United States v. Anupam Biswas, 18 Cr. 604 (KMK)*

Dear Judge Karas,

This letter is submitted on behalf of defendant Anupam Biswas, to respectfully request that Mr. Biswas be permitted to travel on the following dates for the upcoming holidays: 11/26/2020, 12/24/2020, and 12/25/2020.

Mr. Biswas is respectfully requesting permission to travel to his brother's home, located at 12 Homewood Court, Mays Landing, New Jersey 08330. If permitted, he will travel on 11/26/2020 for Thanksgiving, 12/24/20 for Christmas Eve, and 12/25/20 for Christmas Day. He will leave his home each day at approximately 8:30 AM and will return to his home at night by 10:00 PM. Mr. Biswas will not be staying overnight at his brother's home on any requested day.

Mr. Biswas is currently under the supervision of U.S. Pretrial Services and Officer Leo Barrios is aware of this request and has indicated that there is no objection. Mr. Biswas is aware that, if Your Honor consents, he must provide pre-trial with any changes to the above schedule. Additionally, Mr. Biswas is aware that he must return to his place of residence at the end of each day. In addition, there we will be no more than seven people in total at the home and his family is complying with all COVID-related guidelines.

Further, AUSA Marcia Cohen has been informed of the above events and has no objection to Mr. Biswas attending the events. Thus, Mr. Biswas respectfully requests the Court's permission to travel on the requested days for the holidays. The Court's time and attention to this matter are greatly appreciated. If additional information is needed, please contact my office at (212) 951-1232. Thank you.

Granted.

So Ordered.
*[signature]*
11/19/20

Sincerely,

/s/ Julie Rendelman
Julie Rendelman, ESQ.
*Attorney for Defendant Anupam Biswas*

cc: Marcia S. Cohen, Assistant U.S. Attorney (email)