**MEMO ENDORSED**

# Law Offices of Julie Rendelman, LLC

535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

February 15, 2021

**TO:** Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**RE:** *United States v. Anupam Biswas, 7:18 Cr. 604 (KMK)*

Dear Judge Karas,

This letter is submitted on behalf of defendant Anupam Biswas, to respectfully request that the above-captioned case, currently scheduled for March 4, 2021, be adjourned without the appearance of counsel.

As Your Honor is aware, Mr. Biswas entered into a plea of guilty to 18 U.S.C. §§ 2252(a)(2)(B) on June 27, 2019. The matter is currently scheduled for sentencing on January 6, 2021. Defense, with consent of AUSA Marcia Cohen, is now requesting an adjournment.

As indicated in the prior requests, my client, who suffers from several medical issues that may make him more vulnerable to the virus, is facing mandatory jail time. I am concerned that at the present time, the facilities that will be potentially housing Mr. Biswas do not yet have the safeguards fully in place to guarantee his safety. Further, as of the date of this letter, my client has not received the first dose of the vaccine. Therefore, even if he were to receive the first dose prior to the March 4th date, it would be impossible for him to receive the second dose prior to sentencing.

Further, AUSA Marcia Cohen, via email, has indicated that she is consenting to an adjournment as she is still working on the potential restitution claims of numerous identified victims.

In terms of scheduling, I would ask for a 60 day adjournment. This is the eighth request for adjournment. If the Court has any questions or concerns, please contact my office. Thank you for your attention in this matter.

/s/ Julie Rendelman
Julie Rendelman, ESQ.
*Attorney for Defendant Anupam Biswas*

Granted. The sentence will go forward on May 11, 2021 at 10:00 AM

SO ORDERED
KENNETH M. KARAS U.S.D.J.
2/17/2021

cc: Marcia S. Cohen, Assistant U.S. Attorney (email)