# MEMO ENDORSED

## Law Offices of Julie Rendelman, LLC

535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

April 29, 2021

**TO:** Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**RE:** *United States v. Anupam Biswas, 7:18 Cr. 604 (KMK)*

Dear Judge Karas,

This letter is submitted on behalf of defendant Anupam Biswas, to respectfully request that the above-captioned case, currently scheduled for May 11, 2021, be adjourned without the appearance of counsel.

As Your Honor is aware, Mr. Biswas entered into a plea of guilty to 18 U.S.C. §§ 2252(a)(2)(B) on June 27, 2019. The matter is currently scheduled for sentencing on May 11, 2021. Defense, with consent of AUSA Marcia Cohen, is now requesting one final adjournment.

As of the date of this letter, Mr. Biswas has received the first dose of the COVID-19 vaccine and is scheduled to receive the second required dose on May 19, 2021. If needed, my office can provide documentation to verify Mr. Biswas' upcoming appointment. As such, defense is requesting an adjournment to a date that is convenient for the Court, that would allow Mr. Biswas to complete his vaccination and recover from any possible side effects.

Further, AUSA Marcia Cohen has indicated that she is consenting to an adjournment, as well as indicated that she is actively working on the restitution claims and it still awaiting several responses.

This is the tenth request for an adjournment. If the Court has any questions or concerns, please contact my office. Thank you for your attention in this matter.

/s/ Julie Rendelman
Julie Rendelman, ESQ.
*Attorney for Defendant Anupam Biswas*

cc: Marcia S. Cohen, Assistant U.S. Attorney (email)

*Granted. The sentence will go forward on 6/30/2021 at 10:30 AM*

SO ORDERED

KENNETH M. KARAS, U.S.D.J.
4/29/2021