# MEMO ENDORSED

## Law Offices of Julie Rendelman, LLC

535 FIFTH AVENUE, 25th FLOOR
NEW YORK, NEW YORK 10017

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

---

June 2, 2021

**TO:** Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**RE:** *United States v. Anupam Biswas, 7:18 Cr. 604 (KMK)*

Dear Judge Karas,

This letter is submitted on behalf of defendant Anupam Biswas, to respectfully request that the above-captioned case, currently scheduled for June 30, 2021, be adjourned without the appearance of counsel.

As Your Honor is aware, Mr. Biswas entered into a plea of guilty to 18 U.S.C. §§ 2252(a)(2)(B) on June 27, 2019. The matter is currently scheduled for sentencing on June 30, 2021. While all impediments to sentencing have been resolved, I will be out of the country from June 28 until July 5, 2021.

In terms of scheduling, AUSA Marcia Cohen, who consents to the adjournment has indicated that she is unavailable from 7/14/21 to 7/21/21, 9/7/21 and 9/16/21. I am also unavailable from 7/25/21 to 8/7/21 and the last two weeks in August.

This is the eleventh request for an adjournment. I apologize to the Court for requesting an additional delay in this matter. If the Court has any questions or concerns, please contact my office. Thank you for your attention in this matter.

/s/ Julie Rendelman
Julie Rendelman, ESQ.
*Attorney for Defendant Anupam Biswas*

cc: Marcia S. Cohen, Assistant U.S. Attorney (email)

*Granted. The sentence will go forward on September 21, 2021 at 11:00 AM*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.

6/2/2021