

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 24, 2021

**BY EMAIL AND ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Chaskel Landau, 21 cr 401*

Dear Judge Karas:

The above-captioned case was assigned to your Honor on or about June 14, 2021. The defendant, through counsel, has expressed his desire to plead guilty to the charges against him in the Information. The parties intend to schedule a guilty plea in magistrate court for the week of July 19, 2021. The parties accordingly jointly request that the Court exclude time under the Speedy Trial Act until July 26, 2021.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: */s Mathew Andrews*
Mathew Andrews
Assistant United States Attorney
212-637-6526

Granted. Time is excluded from now until 7/26/21, in the interests of justice, to allow the Parties to complete their discussions toward a resolution. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

6/24/21