# Law Offices of Julie Rendelman, LLC

521 FIFTH AVENUE, 17th FLOOR
NEW YORK, NEW YORK 10175

Office: 212-951-1232
Cell: (646) 425-5562

Email: Julie@RendelmanLaw.com

July 1, 2021

**TO:** Hon. Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**RE:** *United States v. Anupam Biswas, 18 Cr. 604 (KMK)*

Dear Judge Karas,

This letter is submitted on behalf of defendant Anupam Biswas, to respectfully request that Mr. Biswas be permitted to travel on July 10th, 2021 and July 11th, 2021 to his brother's home, located at 12 Homewood Court, Mays Landing, NJ, 08330. If permitted, Mr. Biswas will be leaving his home on each permitted day at approximately 10:00 am and will be returning home at 10:00pm. Mr. Biswas will not be staying overnight at his brother's home.

Previously, we requested July 17th, 2021 and July 18th, 2021 for Mr. Biswas' travel dates. However, the family had a scheduling conflict and needed to change the dates to the 10th and 11th. I apologize for any inconvenience.

Mr. Biswas is currently under the supervision of U.S. Pretrial Services, who are aware of this request and the above changes and have indicated that there is no objection as long as the Court approves. Mr. Biswas is aware that, if Your Honor consents, he must provide pre-trial with any changes to the above schedule. Additionally, Mr. Biswas is aware that he must return to his place of residence at the end of each day.

Further, AUSA Marcia Cohen has been informed of the above event and the date changes and has no objection to Mr. Biswas' travel plans. Thus, Mr. Biswas respectfully requests the Court's permission to travel on the requested date. The Court's time and attention to this matter are greatly appreciated. If additional information is needed, please contact my office at (212) 951-1232. Thank you.

Granted on the conditions noted herein.

So Ordered.

/s/ K. Karas
7/1/21

Sincerely,
/s/ Julie Rendelman
Julie Rendelman, ESQ.
*Attorney for Defendant Anupam Biswas*

cc: Marcia S. Cohen, Assistant U.S. Attorney (email)