UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA

        Vs                                                   18 CR 604 (KMK)

Anupam Biswas,                                   ORDER

-----------------------------------------------------------

IT IS ORDERED that on November 18, 2021, the Defendant shall surrender to the nearest U.S. Marshals Office in regard to Docket No. 18cr604. Mr. Biswas was sentenced on September 21, 2021 and was to surrender on November 14, 2021.

So Ordered: _____      11/17/21
U.S. District Judge                        Date