UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               v.<br><br>ANUPAM BISWAS,<br><br>               Defendant. | No. 18-CR-604 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

Defendant Anupam Biswas shall respond to the United States of America's Motion, (Dkt. No. 85), pursuant to 18 U.S.C. § 3613(c) and 28 U.S.C. § 2044, within 30 days of the date of this Order.

Upon receipt thereof, this Court will make such further order as may be appropriate.

SO ORDERED.

Dated:   March 8, 2022
          White Plains, New York

                                                        KENNETH M. KARAS
                                                        United States District Judge