UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 18-CR-604 (KMK) |
| ANUPAM BISWAS, | ORDER |
| Defendant. | |

KENNETH M. KARAS, United States District Judge:

On August 13, 2025, Defendant filed a Motion to Alter or Expunge the Conditions of his Supervised Release. (*See* Def. Mot. to Alter ("Def. Mot.") (Dkt. No. 97); Def. Mem. of Law in Supp. Mot. to Alter ("Def. Mem.") (Dkt. No. 98).) The Government is respectfully directed to respond to the Motion by no later than September 16, 2025. The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: August 19, 2025
       White Plains, New York

KENNETH M. KARAS
United States District Judge